UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERMA GRANDISON, Individually and
On behalf of all other persons similarly situated,

                        Plaintiff,                    **Case No.**
                                                      **06CV2971**
        Vs

NORTH GENERAL HOME ATTENDANT CORP.                    **AFFIDAVIT OF**
and NORTH GENERAL HOSPITAL CORP.                      **SERVICE**

                        Defendants.

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am
over 18 years of age and reside at Yonkers, NY:

On April 25, 2006 at 11:30 a.m. at 1735 Park Avenue, New York, NY 10035,
I served the within SUMMONS, COMPLAINT and JURY DEMAND on NORTH
GENERAL HOSPITAL CORP., defendant therein named, by delivering a true copy of
same to R., KIMBER, managing agent.

The person served is a black female, black hair, 40-50 years old, 5'4"-5'6" in height,
120-130 pounds.

                                        _Caswell Bryan_
                                        Caswell Bryan
                                        License No. 846846

Sworn to before me this
25th day of April 2006

_Julio Delara_
NOTARY PUBLIC

**JULIO DELARA**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01DE6119206**
**Qualified in New York County**
**Commission Expires November 29, 20** 08

**_LegalEase_**
**_Inc._**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070   •   800-393-1277   •   Fax: 212-393-9796