UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERMA GRANDISON, Individually and
On behalf of all other persons similarly situated,

                      Plaintiff,

Vs

NORTH GENERAL HOME ATTENDANT CORP.
and NORTH GENERAL HOSPITAL CORP.

                      Defendants.

**Case No.**
**06CV2971**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On April 25, 2006 at 11:00 a.m. at 205 East 122nd Street, New York, NY, I served the within SUMMONS, COMPLAINT and JURY DEMAND on NORTH GENERAL HOME ATTENDANT CORP., defendant therein named, by delivering a true copy of same to WALTER RUTHERFORD, managing agent.

The person served is a white male, brown/gray hair, 45-55 years old, 6'1"-6'2" in height, 180-190 pounds.

                                            _____
                                            Caswell Bryan
                                            License No. 846846

Sworn to before me this
25th day of April 2006

_____
NOTARY PUBLIC

      JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
     No. 01DE6119206
   Qualified in New York County
Commission Expires November 29, 20 08

**LegalEase**
**Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796