## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought under the Fair Labor Standards Act to recover unpaid wages and overtime from my current and/or former employer, _North General Home Attendant Corp_.

_[signature]_                                    _4-24-06_

Signature                                         Date

_Roletta Simmons_

Printed Name