UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――x

ERMA GRANDISON, Individually and on Behalf of
All other persons similarly situated,

                    Plaintiff,

    v.                                         06 CV 2971

                                        STIPULATION

NORTH GENERAL HOME ATTENDANT CORP.
and NORTH GENERAL HOSPITAL CORP.,

                    Defendants.
――――――――――――――――――――――――x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 5-24-06

      **IT IS HEREBY STIPULATED** by and between the undersigned attorneys for Plaintiff, Erma Grandison and Defendants, North General Home Attendant Corp. and North General Hospital Corp., that Defendants' answer in this matter shall be held in abeyance pending a decision by the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT in Coke v. Long Island Care at Home, LTD

Dated: May 16, 2006
       New York, New York

_____
Fran I. Rudich, Esq. (FR 7577)
LOCKS LAW FIRM, PLLC
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

_____
John Lewis Brown, Esq. (JLB 4471)
Maher & Brown
14 Wall Street, 20th Floor
New York, New York 10005
(212) 618-1250

IT IS SO ORDERED THIS 24th
day of May 2006.
the Clerk of Court is directed to place this case on
the Court's Suspense Docket.

_____
HON. VICTOR MARRERO, U.S.D.J.