UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERMA GRANDISON, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NORTH GENERAL HOME ATTENDANT CORP. and NORTH GENERAL HOSPITAL CORP.,<br><br>Defendants. | 06 CV 2971 (VM) |

## STIPULATION AND ORDER STAYING ACTION

Plaintiff, ERMA GRANDISON, individually and on behalf of all other persons similarly situated, and defendant North General Hospital Corp. ("defendant"), by and through its undersigned counsel, who are duly authorized to enter into this STIPULATION, hereby agree as follows:

The time for defendant to serve its response to the Complaint is extended to October 13, 2006;

From the date of execution of this STIPULATION to and until the date that defendant serves its response to the Complaint as set forth herein, defendant agrees that the statute of limitations applicable under the Fair Labor Standards Act is tolled. When defendant serves its response to the Complaint, the tolling period will cease and the statute of limitations no longer will be tolled.

The parties will notify the Court of this STIPULATION and will file said STIPULATION with the Court.

|  |  |
|---|---|
| LOCKS LAW FIRM, PLLC | ROSENBLUTH & ROSENBLUTH |
| By: *F. Rudich* | By: *T. L. R.* |
| Fran L. Rudich (FR 7577) | Thomas S. Rosenthal (TR 8021) |
| Seth R. Lesser (SL 5560 | Of Counsel |
| 110 East 55th Street | 810 Seventh Avenue |
| 12th Floor | 10th Floor |
| New York, New York 10022 | New York, New York 10019 |
| (212) 838-3333 | (212) 582-6651 |
| Attorneys for plaintiff | Attorneys for defendant |
|  | North General Hospital Corp. |
| Dated: 9/29/06 | Dated: 9/29/06 |

SO ORDERED on this ____ day of September, 2006

_____
United States District Judge