

Courtesy
Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERMA GRANDISON, individually and on
behalf of all other persons similarly situated,

Plaintiff,

-against-

06 CV 2971 (VM)

NORTH GENERAL HOME ATTENDANT
CORP. and NORTH GENERAL HOSPITAL
CORP.,

Defendants.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-11-06

## STIPULATION AND ORDER STAYING ACTION

Plaintiff, ERMA GRANDISON, individually and on behalf of all other persons

similarly situated, and defendant North General Hospital Corp. ("defendant"), by and through its

undersigned counsel, who are duly authorized to enter into this STIPULATION, hereby agree as

follows:

The time for defendant to serve its response to the Complaint is extended to

October 13, 2006;

From the date of execution of this STIPULATION to and until the date that

defendant serves its response to the Complaint as set forth herein, defendant agrees that the

statute of limitations applicable under the Fair Labor Standards Act is tolled. When defendant

serves its response to the Complaint, the tolling period will cease and the statute of limitations no

longer will be tolled.

The parties will notify the Court of this STIPULATION and will file said

STIPULATION with the Court.

LOCKS LAW FIRM, PLLC

By: _____
Fran L. Rudich (FR 7577)
Seth R. Lesser (SL 5560
110 East 55th Street
12th Floor
New York, New York 10022
(212) 838-3333
Attorneys for plaintiff

ROSENBLUTH & ROSENBLUTH

By: _____
Thomas S. Rosenthal (TR 8021)
Of Counsel
810 Seventh Avenue
10th Floor
New York, New York 10019
(212) 582-6651
Attorneys for defendant
North General Hospital Corp.

Dated: 9/29/06

Dated: 9/29/06

SO ORDERED on this 11th day of October, 2006

_____
United States District Judge
**Victor Marrero**

-2-