UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERMA GRANDISON, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NORTH GENERAL HOME ATTENDANT CORP. and NORTH GENERAL HOSPITAL CORP.,<br><br>Defendants. | 06 CV 2971 (VM)<br><br>**ECF Case**<br><br>**FED.R.CIV.P. RULE 7.1 STATEMENT** |

        Pursuant to Fed.R.Civ.P. Rule 7.1, defendant North General Service Corporation (improperly named as "North General Hospital Corp."), by its attorneys Rosenbluth & Rosenbluth (Thomas S. Rosenthal, of counsel), certifies that North General Service Corporation is the parent corporation of defendant North General Hospital Home Attendant Corp., and is a private, not-for-profit corporation organized and existing pursuant to the laws of the State of New York.  There is no publicly held corporation that owns 10% or more of the stock of defendant North General Service Corporation.

Dated:  New York, New York
         October 12, 2006

                                            ROSENBLUTH & ROSENBLUTH

                             By:    /s/thomas s. rosenthal
                                      Thomas S. Rosenthal (TR-8021)
                                      Of Counsel to Rosenbluth & Rosenbluth
                                      810 Seventh Avenue
                                      10th Floor
                                      New York, New York 10019
                                      (212) 582-6651
                                      Attorneys for Defendant
                                       North General Service Corporation