UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERMA GRANDISON, Individually and :
on Behalf of All other persons similarly situated, :
 :
                    Plaintiffs, :
 : Index No: CV 06-2971
      -against- :
 :
NORTH GENERAL HOME ATTENDANTS : **NOTICE OF**
CORP. AND NORTH GENERAL HOSPITAL : **APPEARANCE**
CORP. :
 :
                    Defendants. :
------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for ERMA GRANDISON, in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        BERGER & GOTTLIEB
        Jeffrey M. Gottlieb, Esq.
        150 East 18th Street.
        Suite PHR
        New York, NY 10003
        Tel: (212) 228-9795
        Fax: (212) 982-6284

Dated: New York, New York
       February 6, 2007

        Respectfully submitted,

        **BERGER & GOTTLIEB**

        By: /s/ Jeffrey M. Gottlieb
            Jeffrey M. Gottlieb (JG 7905)