UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERMA GRANDISON, Individually and             :
on Behalf of All other persons similarly situated,  :
                                                                         :
                       Plaintiffs,              :
                                                                         :  Index No: CV 06-2971
       -against-                                      :
                                                                         :
NORTH GENERAL HOME ATTENDANTS       :   **NOTICE OF**
CORP. AND NORTH GENERAL HOSPITAL     :   **APPEARANCE**
CORP.                                                             :
                                                                         :
                      Defendants.         :
------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for ERMA

GRANDISON, in the above-entitled action. All further notice and copies of pleadings, papers,

and other material relevant to this action should be directed to and served upon:

                BERGER & ASSOCIATES
                Bradley Berger, Esq.
                321 Broadway
                New York, NY 10007
                Tel: (800) 529-4444

Dated: New York, New York
         March 13, 2007

                Respectfully submitted,

                **BERGER & ASSOCIATES**


                By: /s/ Bradley Berger
                     Bradley Berger