MARRERO, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-20-07
```

ERMA GRANDISON, individually and on behalf of all other persons similarly situated,

Plaintiff,

-against-

NORTH GENERAL HOME ATTENDANT CORP. and NORTH GENERAL HOSPITAL CORP.,

Defendants.

06 CV 2971 (VM)

ECF Case

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiffs and defendant North General Service Corporation (improperly named in the Complaint as North General Hospital Corp.) and its subsidiaries, that pursuant to Fed.R.Civ.P. 41(a)(1)(ii):

1. Any and all claims for minimum wages or overtime under the Fair Labor Standards Act are hereby dismissed with prejudice;

2. Any and all other claims resolved by the U.S. Supreme Court's June 11, 2007 decision in *Long Island Care at Home, Ltd., v. Coke*, Docket No. 06-593, are hereby dismissed with prejudice; and

3. Any and all other claims, including claims under the New York State Labor Law, are hereby dismissed without prejudice.

DATED:    York, New York
July 19, 2007

                LOCKS LAW FIRM PLLC
                *Attorneys for Plaintiff*
                110 East 55th Street, 12th Floor
                New York, New York 10022
                (212) 838-3333

                By: _____
                Fran L. Rudich (FR-7750)


                ROSENBLUTH & ROSENBLUTH
                *Attorneys for Defendant*
                *NORTH GENERAL SERVICE CORP.*
                (Thomas Rosenthal, Of Counsel)
                11 Broadway, Suite 2150
                New York, New York 10004
                (212) 582-6651

                By: _____
                Thomas S. Rosenthal (TR-8021)


SO ORDERED: 20 July 2007
The Clerk of Court is directed to
close this case.

_____
Victor Marrero, U.S.D.J.